**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6773**

—————————

In Re: DOUGLAS A. REDLESKI,

                                    Petitioner.

—————————

On Petition for Writ of Mandamus.  (CA-99-37)

—————————

Submitted:  September 8, 2000      Decided:  September 28, 2000

—————————

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Douglas A. Redleski, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas A. Redleski petitions this court for a writ of mandamus. He asks this court to direct the district court to rule on his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) petition, alleging that the district court has delayed unreasonably. Writs of mandamus are extraordinary writs, and the power to issue them is sparingly exercised. See Kerr v. United States Dist. Ct., 426 U.S. 394, 402 (1976). Redleski's petition does not set forth such exceptional circumstances as would warrant the issuance of a writ of mandamus at this time. We note, however, that the district court has taken no action for over seven months. Accordingly, we deny Redleski's petition without prejudice to his refiling it if the district court fails to act within a reasonable time. The motion to proceed in forma pauperis is granted. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2